AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                              District of      New York

PYRAMID HOLDINGS, INC, Individually
and On Behalf of All Others Similarly
Situated,

**SUMMONS IN A CIVIL CASE**

V.

GIANT INTERACTIVE GROUP, INC., MERRILL
LYNCH & CO. and UBS INVESTMENT BANK,

CASE NUMBER:

**07 CV 10588**

**JUDGE SWEET**

TO: (Name and address of Defendant)

UBS INVESTMENT BANK
299 Park Avenue
New York, NY 10171

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      NOV 2 6 2007
_____                         _____
CLERK                                                   DATE

_Marcos Quintero_ (signature)
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12-3-07  2:15 pm |
| NAME OF SERVER (PRINT) Daniel DiCarlo | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where  299 Park Ave., N.Y., NY 10171

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were  Nelson DeLaCruz

☐ Returned

☐ Other

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/5/07
             Date                     Signature of Server

LOWER LEVEL
858 MERRICK AVE.
EAST MEADOW, N.Y. 11554
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.