AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PYRAMID HOLDINGS, INC, Individually and On Behalf of All Others Similarly Situated,

V.

GIANT INTERACTIVE GROUP, INC., MERRILL LYNCH & CO. and UBS INVESTMENT BANK,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-10588

TO: (Name and address of Defendant)

GIANT INTERACTIVE GROUP, INC.
C/O
CT Corporation System
111 Eighth Avenue, 13th Floor,
New York, New York 10011.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                     NOV 2 6 2007

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-11-07 @ 2:30pm |
| NAME OF SERVER (PRINT) DAVID DI CARLO | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where  Giant Interactive Group, Inc. At CT Corp 111 8th Ave, NY NY 13th Floor / Nora Dindyal - Process Specialist

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-17-07
                     Date                    Signature of Server

858 Merrick Ave.
East Meadow, NY 11534
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.