UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PYRAMID HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No. 1:07-cv-10588-RWS |
| Plaintiff, | : | CLASS ACTION |
| vs. | : | |
| GIANT INTERACTIVE GROUP, INC., et al., | : | |
| Defendants. | : | |
| ROSIE L. BROOKS, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No. 1:07-cv-11423-RWS |
| Plaintiff, | : | CLASS ACTION |
| vs. | : | |
| GIANT INTERACTIVE GROUP, INC., et al., | : | |
| Defendants. | : | |

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that class members Dunping Qui, Yihua Li, Xie Yong, Linming Shi and Arthur Michael Gray (collectively, the "Qui Group") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing the Qui Group as Lead Plaintiff; (iii) approving the Qui Group's selection of the law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Abraham Fruchter & Twersky LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Qui Group submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated January 25, 2008.

DATED: January 25, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP


　　　　　/s/ *Mario Alba Jr.*
　　　　　MARIO ALBA JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ABRAHAM FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)

[Proposed] Lead Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Mario Alba Jr., hereby certify that on January 25, 2008, I caused a true and correct copy of the attached:

> Notice Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
> Memorandum In Support Of The Motion Of The Qui Group For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and
>
> Declaration Of Mario Alba Jr. In Support Of The Motion Of The Qui Group For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Mario Alba Jr.*
Mario Alba Jr.

GIANT INTERACTIVE
Service List - 1/25/2008    (07-0260)
Page 1 of 1

**Counsel For Defendant(s)**

Meredith N. Landy
Lori E. Romley
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA  94025
  650/473-2600
  650/473-2601 (Fax)

Jonathan Rosenberg
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036
  212/326-2000
  212/326-2061 (Fax)

Seth Aronson
O'Melveny & Myers LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6035
  310/553-6700
  310/246-6779 (Fax)

A. Robert Pietrzak
Andrew W. Stern
Sidley Austin LLP
787 7th Avenue, 22nd Floor
New York, NY  10019
  212/839-5300
  212/839-5599 (Fax)

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
  212/279-5050
  212/279-3655 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
  516/741-4977
  516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated, : : : Plaintiff, : : vs. : : GIANT INTERACTIVE GROUP, INC., et al., : : Defendants. : : | Civil Action No. 1:07-cv-10588-RWS <br><br> <u>CLASS ACTION</u> |
| ROSIE L. BROOKS, Individually and On Behalf of All Others Similarly Situated, : : : Plaintiff, : : vs. : : GIANT INTERACTIVE GROUP, INC., et al., : : Defendants. : | Civil Action No. 1:07-cv-11423-RWS <br><br> <u>CLASS ACTION</u> |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Dunping Qui, Yihua Li, Xie Yong, Linming Shi and Arthur Michael Gray (collectively, the "Qui Group") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1. The Actions are hereby consolidated;

2. The Qui Group is hereby appointed Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933; and

3. The law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Abraham Fruchter & Twersky LLP are hereby appointed Lead Counsel.

IT IS SO ORDERED.


DATED: _____          _____
                                        THE HONORABLE ROBERT W. SWEET
                                        UNITED STATES DISTRICT JUDGE