```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

PYRAMID HOLDINGS, INC.,

                    Plaintiff,
                                          07 Civ. 10588 (RWS)
     - against -
                                          O R D E R
GIANT INTERACTIVE GROUP, INC., ET AL.,

                    Defendant.

-------------------------------------X
```

**Sweet, D.J.,**

The motion for consolidation, appointment of lead plaintiff, and approval of lead counsel dated January 25, 2008 will be heard at noon on Wednesday, March 26, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**January 31, 2008**

ROBERT W. SWEET
U.S.D.J.