

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

PYRAMID HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

-against-

GIANT INTERACTIVE GROUP, INC., MERRILL LYNCH & CO. and UBS INVESTMENT BANK,

Defendants.

---

Index No. 07 CV 10588

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF SETH ARONSON, MEREDITH N. LANDY AND LORI E. ROMLEY**

PLEASE TAKE NOTICE that upon the attached Declaration of Jonathan Rosenberg, the Affidavits of Seth Aronson, Meredith N. Landy, Lori E. Romley, and the certificates of good standing annexed thereto, the undersigned will move this Court, before the Honorable Robert W. Sweet, United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 18C, New York, New York 10007, on a date and time to be set by the Court, for an Order pursuant to Local Civil Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York granting the admission of Seth Aronson, Meredith N. Landy, and Lori E. Romley *pro hac vice* to the bar of this Court for the

purpose of appearing on behalf of the defendants Giant Interactive Group, Inc. in the above-

captioned proceedings, and directing such other relief as the Court may deem just and proper.

Date:   New York, NY
       February ___/5___, 2008

Respectfully submitted:
O'Melveny & Myers LLP

Jonathan Rosenberg
Seven Times Square
New York, New York  10036
Tel:  (212) 326-2000
Fax: (212) 326-2061
jrosenberg@omm.com

Attorneys for Defendant
GIANT INTERACTIVE GROUP, INC.

TO:

A. Robert Pietrzak
Andrew W. Stern
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
apietrzak@sidley.com
astern@sidley.com

*Attorneys for Defendants Merrill Lynch & Co. and UBS Investment Bank*

Samuel H. Rudman
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Telephone:  (631) 367-7100
Facsimile:  (631) 367-1173
srudman@csgrr.com

-- AND --

Jack G. Fruchter
**ABRAHAM FRUCHTER & TWERSKY LLP**
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone:  (212) 279-5050
Facsimile:  (212) 279-3655

*Attorneys for Plaintiff Pyramid Holdings, Inc., and Proposed Lead Plaintiffs Dunping Qui, Yihua Li, Xie Yong, Linming Shi, and Arthur Michael Gray*

Evan J. Smith
**BRODSKY & SMITH, LLC**
240 Mineola Boulevard
Mineola, New York 11501
Telephone:  (516) 741-4799
Facsimile:  (516) 741-0626
esmith@brodsky-smith.com

-- AND --

Richard A. Maniskas
D. Seamus Kaskela
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056
rmaniskas@sbtklaw.com

*Attorneys Plaintiff Rosie L. Brooks, Individually and All On Behalf of All Others Similarly Situated*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>GIANT INTERACTIVE GROUP, INC., MERRILL LYNCH & CO. and UBS INVESTMENT BANK,<br><br>Defendants. | Index No. 07 CV 10588<br><br>**DECLARATION OF JONATHAN ROSENBERG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF SETH ARONSON, MEREDITH N. LANDY AND LORI E. ROMLEY** |

I, **JONATHAN ROSENBERG**, hereby declare and state as follows:

1.     I am a member of the bar of this Court and of the law firm of O'Melveny & Myers LLP.  I make this Declaration in support of the motion for an order admitting Seth Aronson, Meredith N. Landy, and Lori E. Romley *pro hac vice* to the bar of this Court pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York.

2.     Seth Aronson is an attorney and partner of the law firm of O'Melveny & Myers LLP.  He is a member in good standing of the bar of the State of California.

3.     Meredith N. Landy is an attorney and partner of the law firm of O'Melveny & Myers LLP.  She is a member in good standing of the bar of the State of California.

4.     Lori E. Romley is an attorney and counsel with the law firm of O'Melveny & Myers LLP.  She is a member in good standing of the bar of the State of California.

5.     I agree to act as co-counsel with Mr. Aronson, Ms. Landy, and Ms. Romley and to observe the Rules of this Court governing the conduct of attorneys.

6.      I respectfully request that Seth Aronson, Meredith N. Landy, and Lori E. Romley

be admitted *pro hac vice* to the bar of this Court for the purposes of appearing on behalf of

defendant Giant Interactive Group, Inc. in the above-captioned proceedings.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing

is true and correct.

Dated: *February 15, 2008*

_____
Jonathan Rosenberg

2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>GIANT INTERACTIVE GROUP, INC., MERRILL LYNCH & CO. and UBS INVESTMENT BANK,<br><br>Defendants. | Index No. 07 CV 10588<br><br>**AFFIDAVIT OF SETH ARONSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

1.      I am a member of the law firm of O'Melveny & Myers LLP, counsel for defendant Giant Interactive Group, Inc. in this action.

2.      I submit this affidavit in support of the motion for my admission to practice before this court *pro hac vice* in the above captioned matter.

3.      As shown by the attached Certificate of Good Standing, I am a member in good standing of the Bar of the State of California, admitted December 1, 1981.

4.      There are no pending disciplinary proceedings against me in any state or federal court.

1

WHEREFORE, I respectfully request that I be admitted to practice before this Court *pro hac vice* on behalf of defendant Giant Interactive Group, Inc. in the above captioned proceedings.

Dated: _Feb. 12, 2008_

_____
Seth Aronson
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Tel: (213) 430-6000
Fax: (213) 430-6407
saronson@omm.com

Subscribed and sworn to before me this _12TH_ day of February, 2008.

_____
Notary Public

MARGARET RODRIGUEZ-PEREZ
Commission # 1647290
Notary Public - California
Los Angeles County
My Comm. Expires Mar 22, 2010

**THE STATE BAR**
**OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

February 5, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SETH ALBEN ARONSON, #100153 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1981; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>GIANT INTERACTIVE GROUP, INC., MERRILL LYNCH & CO. and UBS INVESTMENT BANK,<br><br>Defendants. | Index No. 07 CV 10588<br><br>**AFFIDAVIT OF MEREDITH N. LANDY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

1.    I am a member of the law firm of O'Melveny & Myers LLP.

2.    I submit this affidavit in support of the motion for my admission to practice

before this court *pro hac vice* in the above captioned matter.

3.    As shown by the attached Certificate of Good Standing, I am a member in good

standing of the Bar of the State of California, admitted December 7, 1988.

4.    There are no pending disciplinary proceedings against me in any state or federal

court.

1

WHEREFORE, I respectfully request that I be admitted to practice before this Court *pro hac vice* on behalf of defendant Giant Interactive Group, Inc. in the above captioned proceedings.

Dated: 2/11/08

Meredith N. Landy
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Fax: (650) 473-2601
mlandy@omm.com

Subscribed and sworn to before me
this __11th__ day of February, 2008.

Notary Public

JULIE M. GAINES
Commission # 1747867
Notary Public - California
San Mateo County
My Comm. Expires May 27, 2011

2

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639          TELEPHONE: 888-800-3400

February 5, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MEREDITH ANNE NELSON, #136489 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1988; that at her request, on August 22, 1995, her name was changed to MEREDITH NELSON LANDY on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>GIANT INTERACTIVE GROUP, INC., MERRILL LYNCH & CO. and UBS INVESTMENT BANK,<br><br>Defendants. | Index No. 07 CV 10588<br><br>**AFFIDAVIT OF LORI E. ROMLEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

1.     I am associated with the law firm of O'Melveny & Myers LLP.

2.     I submit this affidavit in support of the motion for my admission to practice before this court *pro hac vice* in the above captioned matter.

3.     As shown by the attached Certificate of Good Standing, I am a member in good standing of the Bar of the State of California, admitted December 4, 1990.

4.     There are no pending disciplinary proceedings against me in any state or federal court.

1

WHEREFORE, I respectfully request that I be admitted to practice before this Court *pro hac vice* on behalf of defendant Giant Interactive Group, Inc. in the above captioned proceedings.

Dated: _2/13/08_



Lori E. Romley
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Tel: (650) 473-2600
Fax: (650) 473-2601
lromley@omm.com

Subscribed and sworn to before me
this __13__ day of February, 2008.

Notary Public

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

February 5, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LORI ELIZABETH ROMLEY, #148447 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I, Justin S. Siegel, hereby certify that on the ___/5ᵗʰ___ day of February 2008, I caused a true and correct copies of the foregoing (1) Notice of Motion for Admission *Pro Hac Vice* of Seth Aronson, Meredith N. Landy, and Lori E. Romley, (2) Declaration in Support of Motion for Admission *Pro Hac Vice* of Seth Aronson, Meredith N. Landy, and Lori E. Romley, (3) Affidavit of Seth Aronson in Support of Motion for Admission *Pro Hac Vice*, (4) Affidavit of Meredith N. Landy in Support of Motion for Admission *Pro Hac Vice*, (5) Affidavit of Lori E. Romley in Support of Motion for Admission *Pro Hac Vice* and (6) proposed order admitting *pro hac vice* Seth Aronson, Meredith N. Landy, and Lori E. Romley, to be served by first class mail upon the following:

A. Robert Pietrzak
Andrew W. Stern
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
apietrzak@sidley.com
astern@sidley.com

*Attorneys for Defendants Merrill Lynch & Co. and UBS Investment Bank*

Samuel H. Rudman
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@csgrr.com

-- AND --

Jack G. Fruchter
**ABRAHAM FRUCHTER & TWERSKY LLP**
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

*Attorneys for Plaintiff Pyramid Holdings, Inc., and Proposed Lead Plaintiffs Dunping Qui, Yihua Li, Xie Yong, Linming Shi, and Arthur Michael Gray*

Evan J. Smith
**BRODSKY & SMITH, LLC**
240 Mineola Boulevard
Mineola, New York 11501
Telephone: (516) 741-4799
Facsimile: (516) 741-0626
esmith@brodsky-smith.com

-- AND --

Richard A. Maniskas
D. Seamus Kaskela
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com

*Attorneys Plaintiff Rosie L. Brooks, Individually and All On Behalf of All Others Similarly Situated*

_____
Justin S. Siegel

NY1:1726987.1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> -against- <br><br> GIANT INTERACTIVE GROUP, INC., MERRILL LYNCH & CO. and UBS INVESTMENT BANK, <br><br> Defendants. | Index No. 07 CV 10588 <br><br> **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF SETH ARONSON, MEREDITH N. LANDY AND LORI E. ROMLEY** |

## [PROPOSED] ORDER

The Court, having considered the declaration of Jonathan Rosenberg in support of the motion for Seth Aronson's, Meredith N. Landy's, and Lori E. Romley's *pro hac vice* admission in this action, and the affidavits of Seth Aronson, Meredith N. Landy, and Lori E. Romley, hereby grants the motion and orders that Seth Aronson, Meredith N. Landy, and Lori E. Romley be admitted *pro hac vice* in this action.

An attorney admitted *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office.

This Order confirms the appearance of Seth Aronson, Meredith N. Landy, and Lori E. Romley as counsel in this case and will be entered on the Court's docket. A notation of Seth Aronson's, Meredith N. Landy's, and Lori E. Romley's admission *pro hac vice* for the above-listed cases will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

_____
JUDGE ROBERT W. SWEET

cc:    Court File

1

Seth Aronson
*Pro Hac Vice* Attorney
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Tel: (213) 430-6000
Fax: (213) 430-6407
saronson@omm.com

Meredith N. Landy
Lori E. Romley
*Pro Hac Vice* Attorneys
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Tel: (650) 473-2600
Fax: (650) 473-2601
mlandy@omm.com
lromley@omm.com

A. Robert Pietrzak
Andrew W. Stern
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
apietrzak@sidley.com
astern@sidley.com

Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone:  (631) 367-7100
Facsimile:  (631) 367-1173
srudman@csgrr.com

Jack G. Fruchter
ABRAHAM FRUCHTER & TWERSKY LLP
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone:  (212) 279-5050
Facsimile:  (212) 279-3655

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Boulevard
Mineola, New York 11501
Telephone:  (516) 741-4799
Facsimile:  (516) 741-0626
esmith@brodsky-smith.com

Richard A. Maniskas
D. Seamus Kaskela
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056
rmaniskas@sbtklaw.com