UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>GIANT INTERACTIVE GROUP, INC., MERRILL LYNCH & CO. and UBS INVESTMENT BANK,<br><br>Defendants. | Index No. 07 CV 10588<br><br>[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF SETH ARONSON, MEREDITH N. LANDY AND LORI E. ROMLEY |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08

**[PROPOSED] ORDER**

The Court, having considered the declaration of Jonathan Rosenberg in support of the motion for Seth Aronson's, Meredith N. Landy's, and Lori E. Romley's *pro hac vice* admission in this action, and the affidavits of Seth Aronson, Meredith N. Landy, and Lori E. Romley, hereby grants the motion and orders that Seth Aronson, Meredith N. Landy, and Lori E. Romley be admitted *pro hac vice* in this action.

An attorney admitted *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office.

This Order confirms the appearance of Seth Aronson, Meredith N. Landy, and Lori E. Romley as counsel in this case and will be entered on the Court's docket. A notation of Seth Aronson's, Meredith N. Landy's, and Lori E. Romley's admission *pro hac vice* for the above-listed cases will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

_____
JUDGE ROBERT W. SWEET

2/27/08

cc: Court File

Seth Aronson
*Pro Hac Vice* Attorney
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Tel: (213) 430-6000
Fax: (213) 430-6407
saronson@omm.com

Meredith N. Landy
Lori E. Romley
*Pro Hac Vice* Attorneys
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Tel: (650) 473-2600
Fax: (650) 473-2601
mlandy@omm.com
lromley@omm.com

A. Robert Pietrzak
Andrew W. Stern
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
apietrzak@sidley.com
astern@sidley.com

Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@csgrr.com

Jack G. Fruchter
ABRAHAM FRUCHTER & TWERSKY LLP
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

2

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Boulevard
Mineola, New York 11501
Telephone: (516) 741-4799
Facsimile: (516) 741-0626
esmith@brodsky-smith.com

Richard A. Maniskas
D. Seamus Kaskela
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com