**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE GIANT INTERACTIVE GROUP,
INC. SECURITIES LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Case No. 07 CV 10588

CLASS ACTION

**RULE 7.1 STATEMENT OF
DEFENDANT GIANT
INTERACTIVE GROUP INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Defendant Giant Interactive Group Inc. is a publicly owned company and does not have any parent corporations.  No publicly held company owns 10% or more of Giant Interactive Group Inc. stock.

Date:   March 21, 2008

Respectfully submitted,

/s/ Jonathan Rosenberg
Jonathan Rosenberg
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY  10036
Tel:     (212) 326-2000
Fax:     (212) 326-2061
jrosenberg@omm.com

*Counsel for Defendants Giant Interactive
Group Inc.*