UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GIANT INTERACTIVE GROUP, INC. SECURITIES LITIGATION | **NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 07 CV 10588<br>Hon. Robert W. Sweet |

      PLEASE TAKE NOTICE that Jonathan Rosenberg of O'Melveny & Myers LLP hereby enters his appearance as counsel of record for the defendant herein, Giant Interactive Group Inc.

Dated: March 21, 2008
      New York, New York

Respectfully submitted:

O'Melveny & Myers LLP

By: _____
    Jonathan Rosenberg

Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
E-Mail: jrosenberg@omm.com

*Attorneys for Defendant*
Giant Interactive Group, Inc.

A. Robert Pietrzak, Esq.
Andrew W. Stern, Esq.
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
apietrzak@sidley.com
astern@sidley.com

*Attorneys for Defendants Merrill Lynch & Co. and UBS Investment Bank*

Samuel H. Rudman, Esq.
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@csgrr.com

-- AND --

Jack G. Fruchter, Esq.
**ABRAHAM FRUCHTER & TWERSKY LLP**
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

*Attorneys for Plaintiff Pyramid Holdings, Inc., and Proposed Lead Plaintiffs Dunping Qui, Yihua Li, Xie Yong, Linming Shi, and Arthur Michael Gray*

Evan J. Smith, Esq.
**BRODSKY & SMITH, LLC**
240 Mineola Boulevard
Mineola, New York 11501
Telephone: (516) 741-4799
Facsimile: (516) 741-0626
esmith@brodsky-smith.com

-- AND --

Richard A. Maniskas, Esq.
D. Seamus Kaskela, Esq.
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com

*Attorneys Plaintiff Rosie L. Brooks, Individually and All On Behalf of All Others Similarly Situated*