UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

In re GIANT INTERACTIVE GROUP,
INC. SECURITIES LITIGATION                    07 Civ. 10588 (RWS)

This Document Relates To:                        O R D E R

    ALL ACTIONS

----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4 13 10

**Sweet, D.J.,**

       Plaintiffs' Motion to Compel, dated April 9, 2010, will be heard at noon on Wednesday, May 19, 2010, in Courtroom 18C. All motion papers shall be served in accordance with the briefing schedule set forth in Defendant Giant Interactive Group, Inc.'s letter of April 9, 2010.

       It is so ordered.

**New York, NY**
**April 13 , 2010**

                                  ROBERT W. SWEET
                                     U.S.D.J.