UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

In re GIANT INTERACTIVE GROUP,
INC. SECURITIES LITIGATION            07 Civ. 10588 (RWS)

This Document Relates To:                  OPINION

    ALL ACTIONS

------------------------------------X

**Sweet, D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/10

    Lead Plaintiffs seek a protective order with respect to the location of the depositions of the Lead Plaintiffs, by motion marked fully submitted on August 4, 2010.

    The parties having agreed that the deposition of the designated witness for Defendant Giant Interactive Group, Inc., who is a resident of China, will take place in Hong Kong, the depositions of the two Lead Plaintiffs who reside in China will also take place in Hong Kong, hopefully successively. The remaining Lead Plaintiffs will be deposed in New York.

    It is so ordered.

**New York, NY**
October __, 2010

ROBERT W. SWEET
U.S.D.J.